382 So.2d 1391 (1979)
INSURANCE SERVICES OFFICE
v.
COMMISSIONER OF INSURANCE, State of Louisiana.
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
v.
Sherman A. BERNARD, Commissioner of Insurance.
ALLSTATE INSURANCE COMPANY
v.
Sherman A. BERNARD, Commissioner of Insurance, State of Louisiana.
No. 66063.
Supreme Court of Louisiana.
November 30, 1979.
Denied. We cannot say that the Court of Appeal is in error.
CALOGERO and DENNIS, JJ., would grant the writ.